The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WALTER H. IRVING,<br><br>        Plaintiff,<br><br> v.<br><br>MULTICARE HEALTHCARE SYSTEM, a Washington corporation,<br><br>        Defendant. | No. 05-5290 FDB<br><br>**STIPULATION FOR AND ORDER OF DISMISSAL** |

### I. STIPULATION

The parties stipulate, pursuant to Rule 41 (a)(1), F.R.C.P., that this action shall be dismissed with prejudice and without costs to either party.

DATED this ____ day of March, 2006.   DATED this ____ day of March, 2006.

**WINTERBAUER & DIAMOND P.L.L.C.**   **MACLEOD L.L.C.**

| | |
|---|---|
| Steven H. Winterbauer, WSBA #16468<br>1200 Fifth Ave, Ste 1910<br>Seattle, WA 98101<br>206-676-8440<br>Attorney for Defendant | Jon W. MacLeod, WSBA #8491<br>1700 Seventh Ave, Ste 2100<br>Seattle, WA 98101<br>206-357-8470<br>Attorney for Plaintiff |

STIPULATION FOR AND ORDER OF DISMISSAL - 1
05-5290 FDB

WINTERBAUER & DIAMOND P.L.L.C.
1200 FIFTH AVENUE, SUITE 1910
SEATTLE, WA 98101
TELEPHONE: (206) 676-8440

## II. ORDER

Upon stipulation of the parties, it is ORDERED that this case shall be dismissed with prejudice and without costs to either party.

DATED this 31st day of March 2006.

*(signature)*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

**WINTERBAUER & DIAMOND P.L.L.C.**

_____
Steven H. Winterbauer, WSBA # 16468
Attorney for Defendant

Copy Received; Notice of
Presentation Waived

**MACLEOD L.L.C.**

_____
Jon W. MacLeod, WSBA #8491
Attorney for Plaintiff

STIPULATION FOR AND ORDER OF DISMISSAL - 2
05-5290 FDB

WINTERBAUER & DIAMOND P.L.L.C.
1200 FIFTH AVENUE, SUITE 1910
SEATTLE, WA 98101
TELEPHONE: (206) 676-8440

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

I hereby certify that on March 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:_____, and I hereby certify that I have sent by messenger the document to the following: _____.

                                                                            _____

Cristie Carter Bake
Legal Assistant
Winterbauer & Diamond P.L.L.C.
1200 Fifth Avenue, Suite 1910
Seattle, Wa  98101
Phone:  206-676-8440
Fax:  206-676-8441
mail@winterbauer.com

STIPULATION FOR AND ORDER OF DISMISSAL - 3
05-5290 FDB

WINTERBAUER & DIAMOND P.L.L.C.
1200 FIFTH AVENUE, SUITE 1910
SEATTLE, WA 98101
TELEPHONE: (206) 676-8440